Colleen Shaw, SBN 269892
LAW OFFICE OF COLLEEN SHAW
535 Main Street, Third Floor
Martinez, CA 94553
Telephone: (415) 323 – 8066
Facsimile:  (707) 293 – 9345
E-mail:  colleenshaw9@gmail.com

Attorney for Plaintiff
BURT HAMROL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BURT HAMROL,

              Plaintiff,

      vs.

COUNTY OF CONTRA COSTA,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:   16-cv-05595 - CRB

**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**
ORDER

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 18, 2017          LAW OFFICE OF COLLEEN SHAW

                             /s *Colleen Shaw*
                             Attorney for Plaintiff

Dated: April 18, 2017          SHARON L. ANDERSON
                         COUNTY COUNSEL

                         By:  /s/ *Patrick L. Hurley*
                           Deputy County Counsel

                         Attorneys for Defendant
                         CONTRA COSTA COUNTY

# [~~PROPOSED~~] ORDER

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATE: April 19, 2017

Hon. Charles R. Breyer
United States District Judge

STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE